

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROBERTO DIAZ, | § | No. 08-15-00358-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| R & A CONSULTANTS, CORP., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015-DCV-3097) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 28, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph G. Isaac, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 28, 2016.

IT IS SO ORDERED this 14th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.